UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GARCIA, on behalf of herself and all others similarly situated,<br><br>                                          Plaintiff,<br><br>v.<br><br>STG INTERNATIONAL, INC., a Virginia Corporation,<br><br>                                          Defendant. | Case No.: 20cv1701-AJB-LL<br><br>**ORDER RE JOINT MOTION TO STAY OR, ALTERNATIVELY, TO CONTINUE DEADLINE TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**[ECF No. 28]** |

On November 4, 2021, the parties filed a Joint Motion to Stay or, Alternatively, to Continue, Deadline to File Motion for Class Certification. ECF No. 28. In support, the parties state that they engaged in mediation and reached an agreement on the key terms of a class and collective action settlement. Id. at 2; ECF No. 28-1, Declaration of John H. Haney ("Haney Decl."), ¶ 2. They state they have been working diligently to negotiate and finalize a written long-form class and collective action settlement agreement, and Plaintiff intends to file a motion for preliminary approval of class and collective action settlement on or before January 21, 2022. ECF No. 28 at 2; Haney Decl. ¶¶ 5–6. The parties request that the Court stay the November 30, 2021 deadline to file a motion for class certification pending the Court's approval of the parties' class and collective action settlement, or

alternatively, to continue the deadline to file a motion for class certification for at least 120 days. ECF No. 28 at 2–3.

For good cause shown, the Court **GRANTS IN PART AND DENIES IN PART** the Joint Motion as follows:

1. All existing dates as set forth in the Court's March 31, 2021 order [ECF No. 23] amending the February 9, 2021 scheduling order [ECF No. 16] are **VACATED,** which includes the November 30, 2021 deadline to file a motion for class certification.

2. Plaintiff shall file her motion for preliminary approval of class and collective action settlement on or before **January 21, 2022**. Plaintiff shall contact District Judge Battaglia's chambers to obtain a motion hearing date prior to filing the motion.

3. All other guidelines and requirements remain as previously set. See ECF No. 16.

**IT IS SO ORDERED.**

Dated: November 5, 2021

Honorable Linda Lopez
United States Magistrate Judge