Lauren N. Vega (State Bar No. 306525)
Nicholas J. Ferraro (State Bar No. 306528)
Ferraro Vega Employment Lawyers, Inc.
3160 Camino del Rio South, Suite 308
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
lauren@ferrarovega.com / nick@ferrarovega.com

Attorneys for Plaintiff Ana Garcia

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GARCIA, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>STG INTERNATIONAL, INC., a Virginia Corporation,<br><br>　　　　　　Defendant. | Case No. 20-CV-1701-AJB (AHG)<br><br>**Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class and Collective Action Settlement**<br><br>Action Filed:　　August 31, 2020<br>Trial Date:　　　Not Set<br><br><u>Preliminary Approval Hearing</u><br>Date:　　June 9, 2022<br>Time:　　2:00 p.m.<br>Judge:　　Hon. Anthony J. Battaglia<br>Courtroom: 4A |

PLEASE TAKE NOTICE that on June 9, 2022 at 2:00 p.m. in Courtroom 4A of the United States District Court for the Southern District of California, located in the Edward J. Schwartz United States Courthouse at 221 West Broadway in San Diego, California 92101, before the Honorable Anthony J. Battaglia, Plaintiff Ana Garcia, on behalf of herself and all others similarly situated, will and hereby does move this Court for entry of an order:

1. Conditionally certifying the class for settlement purposes under Rule 23(a) and conditionally certifying the collective action under 29 U.S.C. § 216(b);

2. Appointing Plaintiff Ana Garcia as the class representative;

3. Appointing Plaintiff's counsel Lauren N. Vega and Nicholas J. Ferraro of Ferraro Vega Employment Lawyers, Inc. as Class Counsel under Rule 23(g);

4. Preliminarily approving the proposed settlement memorialized in the executed Class and Collective Action Settlement under Rule 23(e) and 29 U.S.C. § 216(b);

5. Approving the proposed Notice of Class and Collective Settlement and the plan for distribution of the Notice to Class and Collective Members;

6. Appointing Phoenix Settlement Administrators as the Settlement Administrator;

7. Approving the proposed allocation to PAGA penalties as fair, reasonable, and adequate under Labor Code § 2699(l)(2); and

8. Scheduling a Final Approval Hearing.

This Motion is made on the grounds that the proposed settlement is fair, adequate, and reasonable, and the Notice fairly and adequately informs the Class Members of the terms of the proposed Settlement, their potential recoveries, their rights and responsibilities, and the consequences of the Settlement.

This Motion is based on the following submissions, along with any other documents, evidence, authorities, or argument which the Court may consider when ruling on this motion for order granting preliminary approval: (1) Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class and Collective Action Settlement; (2) this Memorandum of Points and Authorities; (3) the Declaration of Lauren N. Vega, including Exhibits A to E; and (4) the Proposed Order.

Plaintiff provides further notice that <u>Defendant does not intend to oppose this motion</u>.

Dated: March 25, 2022

FERRARO VEGA EMPLOYMENT LAWYERS, INC.

_____
Lauren N. Vega
Nicholas J. Ferraro
*Attorneys for Plaintiff Ana Garcia*

- 2 -

Notice of Motion and Motion for Prelim. App. of Class and Collective Action Settlement - 20-CV-1701-AJB (AHG)