Nicholas J. Ferraro (State Bar No. 306528)
Lauren N. Vega (State Bar No. 306525)
Rayne A. Brown (State Bar No. 342011)
Ferraro Vega Employment Lawyers, Inc.
3160 Camino del Rio South, Suite 308
San Diego, California 92108
(619) 693-7727 main / (619) 350-6855 facsimile
lauren@ferrarovega.com / nick@ferrarovega.com

*Attorneys for Plaintiff Ana Garcia*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA GARCIA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STG INTERNATIONAL, INC., a Virginia Corporation,<br><br>Defendant. | Case No. 20-CV-1701-AJB (AHG)<br><br>**Class Action**<br><br>**Plaintiff's Notice of Motion and Motion for Final Approval of Class and Collective Action Settlement**<br><br>Final Approval Hearing<br>Date:     Apr. 13, 2023<br>Time:     2:00 PM<br>Judge:    Hon. Anthony J. Battaglia<br>Courtroom:  4A |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **April 13, 2023** at **2:00 p.m.** in Courtroom 4A of the United States District Court for the Southern District of California, located in the Edward J. Schwartz United States Courthouse at 221 West Broadway in San Diego, California 92101, the Honorable Anthony J. Battaglia presiding, Plaintiff Ana Garcia, on behalf of herself and all others similarly situated, will and hereby does move this Court for a Final Order and Judgment under Rule 23 of the Federal Rules of Civil Procedure, as follows:

1.    Granting final approval of the proposed class and collective action settlement described in the Joint Stipulation and Settlement Agreement ("Settlement Agreement") as fair, reasonable, and adequate to all Class, FLSA Collective, and PAGA Members.

2.    Finding that the Notice of Class and Collective Action Settlement ("Class and Collective Notice") distributed to the Class, FLSA Collective, and PAGA Members under the Court's order granting preliminary approval constituted the best notice practicable to the Class.

3.    Finally certifying the Class for settlement purposes only.

4.    Directing that compensation to all participating Class, FLSA Collective, and PAGA Members be paid according to the terms of the Settlement Agreement.

5.    Approving payment to the LWDA in the amount of $56,250.

6.    Approving the Settlement Administration Costs in the amount of $25,000.

7.    Entering final judgment in the action.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the Declarations of Class Counsel (Lauren N. Vega and Nicholas J. Ferraro), the Class Representative (Ana Garcia), and the Settlement

Administrator, and all exhibits thereto, along with all documents and records on file in this matter and such additional argument, authority or evidence as may be presented to the Court at or before the hearing.

This Motion is filed concurrently with Plaintiff's Motion for Attorneys' Fees and Costs and Class Representative Service Award. The [Proposed] Final Order and Judgment submitted encompasses the relief requested under both Motions.

Plaintiff provides further notice that Defendant does not oppose this motion.

Respectfully submitted,

Dated: March 9, 2023                    **Ferraro Vega Employment Lawyers, Inc.**

Nicholas J. Ferraro
Lauren N. Vega
Rayne A. Brown
*Attorneys for Plaintiff Ana Garcia*

- 2 -    CASE NO. 20-CV-1701-AJB (AHG)
Plaintiff's Notice of Motion and Motion
for Final Approval of Class and Collective Action Settlement